# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:22-cv-00157-MR

MICHAEL MABE,                          )
                                       )
              Plaintiff,               )
                                       )
vs.                                    )
                                       )        **ORDER**
                                       )
FNU LNU, et al.,                       )
                                       )
              Defendants.              )
_____ )

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Michael Mabe ("Plaintiff") filed this action on August 10, 2022, against Defendants FNU LNU, FNU LNU 2, Misty Crawford, and FNU Newton, pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff is proceeding in forma pauperis. [Docs. 2, 8]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 9]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from October 3, 2022, to amend his Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to

Plaintiff.  [Id. at 10-11].

More than 30 days have passed, and Plaintiff has not filed an amended complaint.  The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: November 14, 2022

Martin Reidinger
Chief United States District Judge